# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. CAREY,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFF DIRKSE,<br><br>    Defendant. | No. 2:24-CV-1900-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 4, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed October 4, 2024, ECF No. 10, are adopted in full.

2. This action is dismissed without prejudice for lack of prosecution and failure to state a claim as discussed in the magistrate judge's Order of August 7, 2024 (Docket No. 9).

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: January 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE